UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABRAHAM DUARTE,

      Plaintiff,

v.

Case No. 2:25-cv-408-SPC-KCD

TROOPER JAVIER RIVERA, IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY FOR INJUCTIVE RELIEF; FLORIDA HIGHWAY PATROL, A DIVISION OF THE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES; AND SIRCHIE ACQUISTION COMPANY, LLC,

      Defendants,
_____/

## ORDER

Plaintiff Abraham Duarte sues several defendants "for violations of his Fourth and Fourteenth Amendment rights under the United States Constitution." (Doc. 1 at 1.) According to the complaint, Plaintiff was falsely arrested and charged with drug possession after a traffic stop. (*Id.*)

Now before the Court is Plaintiff's Motion for Exemption from Payment of PACER Fees. (Doc. 16.) PACER, which stands for Public Access to Court Electronic Records, is a court system service that provides electronic access to

case and docket information. For the reasons below, Plaintiff's motion is **DENIED**.

Although the Court has granted Plaintiff's application to proceed *in forma pauperis*, that only exempts him from the prepayment of certain fees and costs. For an exemption from PACER fees, Plaintiff must show "that an exemption is necessary in order to: (1) avoid unreasonable burden; and (2) promote public access to information." *Rigby v. Cap. One Fin. Corp.*, No. 3:24-CV-98-HES-MCR, 2025 WL 556426, at *1 (M.D. Fla. Feb. 19, 2025). Exemptions from PACER fees are the exception, not the rule.

Plaintiff alleges that an exemption is necessary because he is indigent. But the fact that Plaintiff is proceeding *in forma pauperis* is not enough to demonstrate an unreasonable burden. *McNeal v. Coleman*, No. 5:19-CV-50, 2020 WL 4677525, at *5 (S.D. Ga. Aug. 12, 2020). That is because the PACER fee schedule already contains generous automatic fee exemptions. Plaintiff is entitled to a free copy of all documents filed in this case and can freely access any judicial opinion. *See* https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule. Plaintiff does not owe any PACER fees if he "accrues charges of more than $30.00 in a quarterly billing cycle." *Id.* And, most important of all, Plaintiff has free PACER access at a courthouse terminal. *Id.* Because Plaintiff did not explain why the automatic fee exemptions are insufficient to alleviate any particular burden he faces, his

request must be denied. *See, e.g.*, *Hatcher v. G-P Wood & Fiber Supply, LLC*, No. 3:07-CV-080-JTC, 2008 WL 11343393, at *2 (N.D. Ga. Feb. 6, 2008).

**ORDERED** in Fort Myers, Florida on June 16, 2025.

Kyle C. Dudek
United States Magistrate Judge

3