UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABRAHAM DUARTE,

    Plaintiff,

v.

Case No. 2:25-cv-408-SPC-KCD

TROOPER JAVIER RIVERA, IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY FOR INJUCTIVE RELIEF; FLORIDA HIGHWAY PATROL, A DIVISION OF THE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES; and SIRCHIE ACQUISTION COMPANY, LLC,

    Defendants.
/

# ORDER

Before the Court is Defendant Florida Highway Patrol's ("FHP") Unopposed Motion for Extension of Time to Respond to the Amended Complaint. (Doc. 42.) The Federal Rules of Civil Procedure allow this Court to "extend the time" an act must be done "for good cause." Fed. R. Civ. P. 6(b)(1). Good cause in this context is not a strict standard. It is meant to accommodate any myriad of circumstances that might necessitate more time. *See, e.g., Gillio v. US Bank NA*, No. 612CV1548ORL36TBS, 2013 WL 12387342, at *1 (M.D. Fla. July 1, 2013) ("The Court routinely grants extensions when they are sought in good faith; do not prejudice a party; are not likely to create future

case management problems; the Court will still have sufficient time to decide dispositive motions; and the extension will not impact the trial date.").

Here, FHP seeks a short extension to prepare a responsive pleading. FHP cites the need to review materials and research the issues to prepare the response. The Court finds this an acceptable showing of good cause under the circumstances, given the lack of any apparent prejudice. The motion is also unopposed. Further, given the extension, the clerk's default (Doc. 40) is vacated. And the motion for default judgment (Doc. 43) is denied as moot.

Defendant Javier Rivera also seeks an extension of time to respond to the amended complaint to coordinate with other parties involved and prepare an adequate response. (Doc. 44.) Plaintiff does not oppose the motion. The Court finds good cause to allow this extension too.

Accordingly, it is **ORDERED**:

1. Defendant Florida Highway Patrol's Unopposed Motion for Extension of Time to Respond to the Amended Complaint (Doc. 42) is **GRANTED**. FHP must respond to the amended complaint on or before **August 29, 2025**.

2. The Clerk's default (Doc. 40) is **VACATED** and Plaintiff's Motion for Default Judgment (Doc. 43) is **DENIED AS MOOT**.

3. Defendant Javier Rivera's Unopposed Motion for Extension of Time to Respond to the Amended Complaint (Doc. 44) is **GRANTED**.

Rivera must respond to the amended complaint on or before **September 3, 2025**.

**ENTERED** in Fort Myers, Florida on August 13, 2025.

Kyle C. Dudek
United States Magistrate Judge